# UNITED STATES DISTRICT COURT

for the
District of South Carolina

Rabbi Dean Alton Holcomb,
*Plaintiff*
v.

Lieutenant Jeff Kindley; Lieutenant Duncan; South
Carolina Law Enforcement Division; 2 Unknown
Sled Agents,
*Defendants*

)
)
)
)
)

Civil Action No.      1:14-cv-03477-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Rabbi Dean Alton Holcomb, shall take nothing of the defendant, Duncan and SLED, and this

action is dismissed without prejudice as to these defendant.

■ other: the plaintiff, Rabbi Dean Alton Holcomb, shall take nothing of the defendant, Kindley, and this action is

dismissed with      prejudice as to this defendant.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, U.S. District Judge, presiding, adopting the Report and
Recommendation of U.S. Magistrate Judge Shiva V. Hodges, dismissing the action without prejudice as to defendants
Duncan and SLED.

■ decided by the Court, the Honorable Mary Geiger Lewis, U.S. District Judge, presiding, adopting the Report and
Recommendation of U.S. Magistrate Judge Shiva V. Hodges, dismissing the action with  prejudice as to defendant
Kindley.

Date:   January 11, 2017

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker
_____
*Signature of Clerk or Deputy Clerk*